## Case No. 25-1741

## In the United States Court of Appeals
## For the Eighth Circuit

---

FA ND Chev, LLC; FA ND Sub, LLC,
*Plaintiffs - Appellants*,

vs.

BAPTKO, Inc.
*Plaintiff - Appellee.*

vs.

Robert Kupper; Bismarck Motor Company; and
BMC Marine LLC d/b/a Moritz Sport & Marine,
*Defendants – Appellees,*

vs.

Foundation Automotive Corp., an Alberta Corporation
*Defendant – Appellant.*

---

On Appeal from the United States District Court
For the District of North Dakota
Case No. 1:20-cv-00138

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the undersigned hereby stipulate and agree that Defendant-Appellees Bismarck Motor Company and BMC Marine LLC d/b/a Moritz Sport &

1

Marine shall be dismissed from this Appeal, with prejudice and with each party bearing their own costs.

This stipulation does not dismiss this Appeal with respect to Plaintiff-Appellants FA ND Chev, LLC, and FA ND Sub, LLC; Defendant-Appellee Robert Kupper; Plaintiff-Appellee BAPTKO, Inc.; or Defendant-Appellant Foundation Automotive Corp., an Alberta Corporation.

Dated this 3rd day of September, 2025

By: ___/s/ Kensye N. Wood_____
Maxwell N. Shaffer, Esq.
Kensye N. Wood, Esq.
LELAND SHAFFER LLP
8694 E. 28th Avenue
Denver, Colorado 80238
(720) 556-1872
Maxwell.Shaffer@lelandshaffer.com
Kensye.Wood@lelandshaffer.com

*Attorneys for Appellants*

Appellate Case: 25-1741   Page: 2   Date Filed: 09/03/2025 Entry ID: 5554118

Dated this 3rd day of September, 2025

By:     /s/ Randall J. Bakke

Randall J. Bakke (#03898)
BAKKE GRINOLDS WIEDERHOLT
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
rbakke@bgwattorneys.com

*Attorneys for Defendant-Appellee*
*Robert Kupper and Appellee Plaintiff*
*and Counter-Defendant BAPTKO, Inc.*

Dated this 3rd day of September, 2025

By:     /s/ William P. Harrie

William P. Harrie (# 04411)
Anthony Anderson (# 08744)
Nicholas Mino (# 09902)
Nilles Law Firm
P.O. Box 2626
Fargo, ND 58108-2626
Phone: (701) 237-5544
wharrie@nilleslaw.com
aanderson@nilleslaw.com
nmino@nilleslaw.com

*Attorneys for Defendant-Appellee*
*BMC Marine LLC d/b/a Moritz Sport*
*& Marine*

Appellate Case: 25-1741    Page: 3    Date Filed: 09/03/2025 Entry ID: 5554118

Dated this 3rd day of September, 2025

By:      /s/ Ryan J. Joyce
         Ryan J. Joyce (# 09549)
         ES ATTORNEYS
         1100 College Drive, Suite 5
         Bismarck, North Dakota 58501
         Phone: (701) 751-1243
         rjoyce@esattorneys.com

         *Attorneys for Defendant-Appellee*
         *Bismarck Motor Company*